IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CHASEN ALLEN OTT,

        Petitioner,

v.                                                                    Case No.  5D17-4087

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed February 9, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Amanda C. Micallef, of Law Offices of Amanda C. Micallef, P.A., Ocala, for Petitioner.

No Appearance for Respondent.


PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the October 19, 2017, judgment and sentence in Case No. 2016-CF-87-A, in the Circuit Court in and for Citrus County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).


PETITION GRANTED.


SAWAYA, EVANDER and BERGER, JJ., concur.